# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAWN L. BROWN,** | : | CIVIL ACTION NO. 1:16-CV-140 |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF CORRECTIONS,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 21st day of December, 2017, upon consideration of the court's order (Doc. 26) staying the above-captioned matter for a period of 60 days to allow the *pro se* plaintiff to obtain successor counsel, and further upon consideration of the notice (Doc. 27) of appearance by successor counsel filed yesterday, it is hereby ORDERED that:

1. The stay imposed by the court's order (Doc. 26) dated November 14, 2017 is LIFTED.

2. Counsel are directed to meet and confer with the goal of determining whether modifications to the operative case management order (Doc. 24) are necessary. On or before **Friday, January 5, 2018**, counsel shall file a joint status report apprising the court of any agreed extensions of time or, in the event the parties are unable to agree, separately indicating each party's proposal.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania